**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.

LIFECELL IP HOLDINGS, LLC, a
Florida limited liability company,
and SOUTH BEACH SKINCARE, INC.,
a Florida corporation,

    Plaintiffs,

vs.

COSMEDIQUE, LLC, a Delaware limited liability
company, and GLOBAL MEDIA GROUP, LLC, a Delaware
limited liability company,

    Defendant.

_____/

## Complaint

Plaintiffs, LIFECELL IP HOLDINGS, LLC, a Florida Limited Liability Company, and SOUTH BEACH SKIN CARE, INC., a Florida Corporation,(collectively "Plaintiffs" or "LIFECELL"), hereby sue Defendants, COSMEDIQUE, LLC, a Delaware limited liability company, and GLOBAL MEDIA GROUP, LLC, a Delaware limited liability company (collectively "COSMEDIQUE").  COSMEDIQUE falsely advertises the sale of its skin cream goods using the PETA Cruelty Free certification mark without authorization or certification from PETA, infringes LIFECELL's copyrighted Product Box textual material and Product Tube textual material without authorization from LIFE CELL, and engages in acts of unfair competition with respect to COSMEDIQUE's marketing and sale of its skin cream product. In support of their claims, Plaintiffs allege as follows:

1

## JURISDICTION AND VENUE

1. This is an action for false advertisement under the Lanham Act Section 43(a)(1)(B)(15 U.S.C. §1125(a)(1)(B)), copyright infringement under the Copyright Act, 17 U.S.C. §501, and common law unfair competition. Accordingly, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over LIFECELL's state law claim because that claim is are so related to the federal claims that it forms part of the same case or controversy.

2. COSMEDIQUE is subject to personal jurisdiction in this District (South Florida), because they are engaged in the sale of the accused skin cream product in State of Florida, they market the product on the Internet across state lines and are otherwise engaged in interstate commerce in connection with the false advertisements described hereinbelow and the distribution of product infringing on LIFECELL's copyrights in interstate commerce. Upon information and belief, COSMEDIQUE has a principal place of business and/or a warehouse in Florida at 2581 Jupiter Park Dr #E13, Jupiter, FL 33458 and/or 1451 W. Cypress Creek Rd., #300, Fort Lauderdale, FL 33309. See **Exhibits 1 and 1A**, COSMEDIQUE's website <cosmedique.com>. Upon information and belief, Global Media Group, LLC has a principal place of business at 601 Heritage Drive, Suite 114, Jupiter, FL 33458.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 since COSMEDIQUE is causing harm within this District. COSMEDIQUE has also advertised, offered for sale and sold infringing products to consumers in Florida and to others in interstate commerce. A substantial part of the events or omissions giving rise to underlying false advertisements, copyright

infringements and unfair competition claims occurred in this Judicial District and COSMEDIQUE transacts business in this district, including but not limited through the sale of the infringing goods from business addresses in this District.

4. All conditions precedent to the filing of this action have occurred or have been waived or excused by law.

## THE PLAINTIFFS

5. SOUTH BEACH SKIN CARE, INC. is a corporation organized under the laws of the State of Florida with its principal place of business in the United States located at 1909 Tyler St., Suite 700, Hollywood, FL 33020. SOUTH BEACH SKIN CARE, INC. manufactures and sells skin creams and similar cosmetic products in this District and throughout the world. SOUTH BEACH SKIN CARE, INC. is, in part, engaged in the business of manufacturing and distributing throughout the world, including within this District, a variety of quality cosmetics, under license from LIFECELL IP HOLDINGS, LLC. SOUTH BEACH SKIN CARE, INC. offers for sale and sells its goods under the federally registered marks LIFECELL and LIFECELL SOUTH BEACH SKINCARE and design, within this District and in interstate commerce.  Marketing information, which is primarily textual in nature, on the LIFECELL Product Box and the LIFECELL Product Tube is protected by registered copyright.  LIFECELL IP HOLDINGS, LLC, is the owner of these copyrights and licenses the same to SOUTH BEACH SKIN CARE, INC.

6. Like many other brands in the cosmetic goods sector, LIFECELL suffers Lanham Act and Copyright Act violations at the hands of infringers, such as COSMEDIQUE herein, who wrongfully and falsely use certification marks to promote its goods and wrongfully use copyright

protected textual material for purposes of (i) duping and confusing the consuming public and (ii) earning substantial profits.

7. The natural and intended byproduct of COSMEDIQUE's actions is the erosion and destruction of the goodwill associated with the LIFECELL Products and the destruction of the legitimate market sector in which it operates.

## THE DEFENDANTS

8. COSMEDIQUE, LLC is a Delaware limited liability company. GLOBAL MEDIA GROUP, LLC is a Delaware limited liability company. Upon information and belief, these companies sell "Cosmedique" branded cosmetics and skin care products nationwide.

9. GLOBAL MEDIA GROUP, LLC is listed as the owner of U.S. Trademark Registration No. 5,177,598 for COSMEDIQUE in respect of skin creams; facial creams; anti-aging creams; anti-wrinkle creams; moisturizing creams. See **Exhibit 2**, U.S. Trademark Registration No. 5,177,598. On the Trademark Registration, GLOBAL MEDIA GROUP, LLC is listed as a Delaware company having an address of 601 Heritage Drive, Suite 114, Jupiter, FL 33458. See **Exhibit 2**, U.S. Trademark Registration No. 5,177,598.

10. Upon information and belief, COSMEDIQUE has a principal place of business and/or a warehouse in Florida at 2581 Jupiter Park Dr #E13, Jupiter, FL 33458 and/or 1451 W. Cypress Creek Rd., #300, Fort Lauderdale, FL 33309. See **Exhibit 1**, COSMEDIQUE's website <cosmedique.com>, pg. 1 (Jupiter, FL address); see also **Exhibit 1A**, COSMEDIQUE's Terms and Conditions posted on its website, pg. 3 (Fort Lauderdale, FL address).

11. Upon information and belief, GLOBAL MEDIA GROUP, LLC and COSMEDIQUE, LLC are related companies. See **Exhibits 1 and 2**, U.S. Trademark

Registration No. 5,177,598 and the COSMEDIQUE's website promoting the sale of COSMEDIQUE skin cream.

12. Upon information and belief, COSMEDIQUE directly engages in unfair competition with LIFECELL and engages in false advertisement in connection with its offering for sale and sale of goods and engages in copyright infringement in connection with its sale and distribution of goods, infringing one or more of LIFECELL's copyrights and PETA's Cruelty Free Mark, to consumers within the United States and this District, through at least the COSMEDIQUE website <cosmedique.com>. Defendants have purposefully directed some portion of their illegal activities towards consumers in the State of Florida through the advertisement, offer to sell, sale, and shipment of goods into this State and this District.

**Facts Common to All Counts**

13. Prior to the conduct complained of herein, LIFECELL created and maintained ownership of an original two-dimensional artwork and text for LIFECELL Product Box packaging and LIFECELL Product Tube packaging. LIFECELL created unique product packaging for the LIFECELL Product Box (herein "LIFECELL Product Box"). True and correct pictures of LIFECELL Product Box are attached hereto and labeled as **Exhibit 3**. LIFECELL created unique product packaging for the LIFECELL Product Tube (herein "LIFECELL Product Tube"). True and correct pictures of LIFECELL Product Tube are attached hereto and labeled as **Exhibit 4**. LIFECELL's product packaging (for the Product Box and the Product Tube) was created by LIFECELL and/or its design team, and is, and at all relevant times was, owed exclusively by LIFECELL.

5

14. LIFECELL applied for and received a United States Copyright registration for LIFECELL's Box Art Design, VA000210940.  **Exhibit 5** is a true and accurate copy of U.S. Copyright Registration VA000210940.

15. LIFECELL applied for and received a United States Copyright registration for LIFECELL's Tube Art Design, VA0002109399.  **Exhibit 6** is a true and accurate copy of U.S. Copyright Registration VA0002109399.

16. LIFECELL's Copyright Registrations include the visual material and authorship text.  See **Exhibits 5 and 6**, U.S. Copyright Registrations.

17. The Foundation to Support Animal Protection (herein "PETA") owns Certification Mark U.S. Registration No. 4,481,463 for Peta Cruelty-free and Design Mark in respect of cosmetics, toiletries, cleaning preparations, household goods, candles, razors, personal care products (herein "Registered PETA Certification Mark").  See **Exhibit 7.**  The Registered PETA Certification Mark is shown below:



18. The Registered PETA Certification Mark, as used by authorized and certified entities, is intended to certify that an entity and its authorized manufacturers do not conduct, commission, or pay for animal testing in connection with the goods or their ingredients.

19. PETA's website also lists other CRUELTY FREE Design Marks that may be used by authorized and certified entities once those entities are approved by PETA.  To be an authorized and certified entity, PETA has requirements that must be fulfilled prior to use of either

the Registered '463 PETA Certification Mark or the other CRUELTY FREE certification design marks.  See **Exhibit 8**, pg.  3, PETA website, herein the "PETA Cruelty Free Marks".

20. The PETA website shows marks, logos and designs available for use after an entity becomes authorized and certified.  The two PETA Cruelty Free Marks available as certification marks are shown below:

 

21. Prior to initiating this litigation, LIFECELL sent COSMEDIQUE a cease and desist letter regarding the false advertisement and copyright infringement.  However, COSMEDIQUE continued to falsely advertise its products and engage in further copyright infringement.

## Count I- False Advertising

22. LIFECELL hereby adopts and re-alleges the allegations set forth in Paragraphs 1 through 21 above.

23. COSMEDIQUE Products are offered for sale and sold using the PETA Cruelty Free Marks.  See **Exhibit 9**, COSMEDIQUE Product Box, below with the PETA Cruelty Free Mark.

[space left blank]



24.     These COSMEDIQUE Products have been widely advertised and distributed in Florida and throughout the United States. COSMEDIQUE's Products are offered for sale and sold using the PETA Cruelty Free Mark, which PETA asserts is a certification mark. Upon information and belief, COSMEDIQUE is not on the list of approved and certified cruelty-free companies on PETA's website and is not permitted to use any of the PETA Cruelty Free Marks. See **Exhibits 10 and 11**, PETA website certified company "search", showing no listing for "Cosmedique" or "Global Media Group" as a certified PETA cruelty-free company.

25.     COSMEDIQUE, upon information and belief, has used in connection with their sale of COSMEDIQUE Products, a false or misleading description of fact, or false or misleading representation of fact, including words or symbols which tend to falsely describe or misrepresent its goods, sold and offered for sale in commerce, in connection with the use of the PETA Cruelty Free Mark.

26. COSMEDIQUE, upon information and belief, has knowledge of the falsity of such descriptions and representations as to its use of the PETA Cruelty Free Mark. Upon information and belief, COSMEDIQUE is not an approved and/or certified company to use any of the PETA Cruelty Free Marks.

27. Upon information and belief, COSMEDIQUE's use of the PETA Cruelty Free Marks has harmed LIFECELL, a competitor and certified/authorized user of the PETA Cruelty Free Mark.

28. COSMEDIQUE, upon information and belief, used the PETA Cruelty Free Mark, without authorization from PETA on COSMEDIQUE Product Box, which uses constitute false advertisement and promotion of its unauthorized products. COSMEDIQUE has misrepresented to members of the consuming public that the COSMEDIQUE Products being advertised and sold have been certified by PETA such that COSMEDIQUE and its authorized manufacturers do not conduct, commission, or pay for animal testing in connection with COSMEDIQUE goods or their ingredients. Through its unauthorized use of the PETA Cruelty Free Mark, COSMEDIQUE is misrepresenting the nature, characteristics, qualities of COSMEDIQUE Products.

29. COSMEDIQUE's above-described actions are in violation of Section 43(a)(1)(B) of the Lanham Act, 15 U.S.C. §1125(a)(1)(B). Further, COSMEDIQUE's actions are willful in nature.

30. Upon information and belief, LIFECELL has sustained injury and damage caused by COSMEDIQUE's conduct because LIFECELL is a direct competitor of COSMEDIQUE and LIFECELL is an authorized user of PETA Cruelty Free Mark. **Exhibit 12**, PETA website showing LIFECELL as an authorized user of PETA Cruelty Free Mark.

31.     LIFECELL has a substantial likelihood of success on establishing false advertising. Absent an entry of an injunction by this Court, LIFECELL will continue to suffer irreparable injury including monetary damages.  The continued injury to LIFECELL and other authorized and certified users of the PETA Cruelty Free Marks outweighs whatever damage the proposed injunction my cause to COSMEDIQUE.  The injunction would not be adverse to the public interest, rather would protect the public from relying on COSMEDIQUE's unauthorized use of the PETA Cruelty Free Marks.

### Count II- Copyright Infringement

32.     LIFECELL repeats, re-alleges, and incorporates herein by reference as though fully set forth, all allegations contained in complaint Paragraphs 1 through 31, inclusive, contained in this complaint.

33.     LIFECELL is informed and believes, and thereon alleges, that COSMEDIQUE had access to LIFECELL's Product  Tube and Product Box, including, without limitation, access to LIFECELL Products lawfully manufactured and sold to the public bearing LIFECELL's designs and text on the LIFECELL Product Tube and Box.

34.     LIFECELL is informed and believes, and thereon alleges, that COSMEDIQUE Products feature unauthorized text that is identical or substantially similar to textual marketing materials on LIFECELL's Product Tube.  See a comparison of the LIFECELL Product Tube to the COSMEDIQUE Product Tube below; see also **Exhibit 4** (LIFECELL Product Tube images) and **Exhibit 13** (COSMEDIQUE Product Tube).  See also a comparison of the text on the LIFECELL Product Tube to the COSMEDIQUE Product Tube in **Chart A** following the images.

LIFECELL Product Tube                                COSMEDIQUE Product




| LIFECELL Product Tube | COSMEDIQUE Product |
|---|---|



**Chart A**

| Lifecell Product Tube Front | Cosmedique Product Tube Front |
|---|---|
| LifeCell® <br> South Beach Skincare <br><br> Ultra-Concentrated Skin Rejuvenation <br> ALL-IN-ONE ANTI-AGING TREATMENT <br><br><br> * Fast-Acting Anti-Wrinkle <br> * Intensive Firming <br> * 24-Hr. Hydration <br> * Under-Eye Treatment <br> * Antioxidant <br> * De-Hyperpigmentation <br><br> Inspired By Nobel Prize-Winning Science <br><br> Dermatologist Recommended <br> Hypoallergenic <br> 75 ml <br> Net wt. 2.54 oz. | Cosmedique <br> ANTI-AGING THROUGH RESEARCH <br><br> Ultra-Concentrated Skin Rejuvenation <br> ALL-IN-ONE ANTI-AGING TREATMENT <br><br> Conditions, restores and protects to delay the visible signs of aging and reveal younger, smoother skin. <br><br> * Fast-Acting Anti-Wrinkle <br> * Intensive Firming <br> * 24-Hr. Hydration <br> * Under-Eye Treatment <br> * Antioxidant <br> * De-Hyperpigmentation <br><br> 75 ml <br> Net wt. 2.54 oz. |

[space left blank]

| **LIFECELL Product Tube Back Text** | **COSMEDIQUE Product Tube Back Text** |
|---|---|
| The Science Behind the Magic…<br>Almost nobody knows this… but… the human eye cannot see a wrinkle. ...<br><br>LifeCell® the wrinkles appear to disappear. This effect will last until you wash your face. A ground breaking series of studies have demonstrated, without a doubt, the amazing effectiveness of the active LifeCell® isolates. After verifying consumer review data, researchers noted an incredible 94% of subjects demonstrated that LifeCell® :<br>*Minimizes the appearance of fine lines and wrinkles.<br>*Improves skin's firmness and elasticity giving skin a naturally healthy,<br>youthful flow.<br>*Helps reduce the appearance of serious dark circles, puffiness and unsightly<br>crow's feet in gentle skin around the eyes.<br>*Helps lips appear fuller and restores lip's natural color.<br><br>Directions: To activate LifeCell® and release its key ingredients, warm a small amount between your fingertips. As you apply onto clean, dry skin,<br>you will instantly feel the soothing effect of LifeCell®. Smooth over face, fragile eye area, lips, neck and dècolletè starting at the hairline, working down the neck, then dècolletè then up behind the ears. Apply day and night for a lifetime of youthful skin.<br><br>For additional information see brochure.<br>LifeCellSkin.com ....<br><br>Certified 100% Cruelty Free<br>Cruelty-Free by People For The Ethical Treatment Of Animals<br>Tested on Celebrities Not Animals | THE SCIENCE Against Aging<br>Cosmedique consists of a comprehensive, nutrient rich, anti-aging formulation that deeply regenerates skin. ...<br><br>A ground breaking series of studies have prove, without a doubt, the effectiveness of the active Cosmedique isolates. Immediately nourishing and<br>conditioning your skin while working to reduce appearance of fine lines and wrinkles<br>* Minimizes he appearance of fine lines and wrinkles. Skin looks virtually ageless.<br>* Rejuvenates and provides around the clock moisture protection.<br>* Intensifies skin cells natural turnover, skin appears vibrant and dramatically<br>*Helps lips appear fuller and revives their natural tone.<br>*Improves firmness, lines, wrinkles and the look of pores becomes less visible.<br><br>Directions: Activate Cosmedique by warming it for a few seconds between your fingers. Apply onto clean, dry skin. Slide fingers upwards and vertical<br>from the middle of the forehead up and from the space between the eyebrows, but down. Next from the lower part of the cheek to the temples, always with circular movements ascending and outward. The upper lip, from the middle to the left and right. A few outward, circular movements on both sides of the chin. Neck - Vertically, towards the zone of the neckline.<br><br>For additional information see brochure.<br>Visit our website Cosmedique.com<br>Questions? Comments? +1 954 933 4515<br>Manufactured in USA |

35.     LIFECELL is informed and believes, and thereon alleges, that COSMEDIQUE infringes LIFECELL's copyright by importing, creating, making, and/or developing directly infringement and/or derivative works from LIFECELL's copyrighted Product Tube marketing materials and LIFECELL's copyrighted Product Box marketing materials, and by producing,

14

distributing, and/or selling these infringing Products through a nationwide network.  With respect LIFECELL's Product Box, see, for example, LIFECELL Product Box, **Exhibit 3**, pg. 1, "All-In-One Anti-Aging Treatment" and pg. 2, "winning science", compared to COSMEDIQUE product box, **Exhibit 9**; see also COSMEDIQUE product box, **Exhibit 9,** pg. 4, copying the LIFECELL "Fast-Acting" list from the LIFECELL Product Tube, **Exhibit 4**.

36. Due to COSMEDIQUE's acts of copyright infringement, LIFECELL has suffered general and special damages to its business in an amount to be established at trial.

37. Due to COSMEDIQUE's acts of copyright infringement, LIFECELL has suffered damages to its business in an amount to be established at trial.

38. Due to COSMEDIQUE's acts of copyright infringement, as alleged herein, COSMEDIQUE has obtained direct and indirect profits it would not otherwise have realized but for its infringement of LIFECELL's Product Tube and LIFECELL's Product Box. As a result, LIFECELL is entitled to such disgorgement of COSMEDIQUE's profits directly and indirectly attributable to COSMEDIQUE's infringement of LIFECELL Product Tube and Product Box in an amount to be determined at trial.

39. LIFECELL is informed and believes, and thereon alleges, that COSMEDIQUE has committed acts of copyright infringement which were willful, intentional, and malicious, which further subjects COSMEDIQUE to liability for statutory damages under Section 504(c)(2) of the Copyright Act in a sum not to exceed one hundred fifty thousand dollars ($150,000) per infringement. LIFECELL will make its decision between actual damages and statutory damages in the time permitted by law.

## COUNT III - COMMON LAW UNFAIR COMPETITION

40. LIFECELL hereby adopts and re-alleges the allegations set forth in Paragraphs 1 through 39 above.

41. This is an action for common law unfair competition against COSMEDIQUE based on (a) their making and disseminating before the general public of the State of Florida, or any portion thereof, a misleading advertisement in violation of Florida's common law of unfair competition; (b) violation of Florida's misleading advertisement law, Fla. Stat. 817.41; and (c) misappropriation of LIFECELL's intangible trade values on LIFECELLS' Product Box and Product Tube.

42. Specifically, COSMEDIQUE is promoting and otherwise advertising, selling, offering for sale and distributing goods using PETA Cruelty Free Marks when it is not authorized to use such Marks. LIFECELL notified COSMEDIQUE of this false advertisement in its cease and desist letter, but after such notice, COSMEDIQUE continued and continues to falsely advertise its skin cream.

43. COSMEDIQUE is making and or disseminating to the general public a misleading advertisement concerning the PETA Cruelty Free Marks. Such misleading advertising constitutes a fraudulent act of unfair competition.

44. COSMEDIQUE infringes LIFECELL's copyright by importing, creating, making, and/or developing directly infringement and/or derivative works from LIFECELL's copyrighted Product Tube marketing materials and LIFECELL's copyrighted Product Box marketing materials.

45. COSMEDIQUE's marketing materials on the COSMEDIQUE Package Box (**Exhibit 9**) and on the COSMEDIQUE Package Tube (**Exhibit 13**), which are not literal copies of LIFECELL's copyrighted Box and Tube materials nor derivative works of LIFECELL's copyrighted Box and Tube materials, misappropriate LIFECELL's intangible trade values on LIFECELLS' Product Box and Tube (**Exhibits 3 and 4**).

46. LIFECELL, by its creative efforts and by its marketing and sales activities, has established consumer recognition in these non-literal and non-derivative work elements in the LIFECELL Package Box and LIFECELL Package Tube, which represents a common law intangible trade value owned by LIFECELL.

47. COSMEDIQUE's activities are likely to cause and actually are causing mistake and deception among members of the trade and the general consuming public as to the quality and/or nature of COSMEDIQUE's Products, because their unauthorized use of PETA Cruelty Free marks is improperly implying that COSMEDIQUE is a PETA Cruelty Free certified company, when in fact, upon information and belief, they are not.  See **Exhibits 10 and 11**, PETA website certified company "search", showing no listing for "Cosmedique" or "Global Media Group" as a certified PETA cruelty-free company.

48. COSMEDIQUE's dissemination of misleading advertising is fraudulent and unlawful, designed and intended for selling COSMEDIQUE Product and obtaining money under false pretenses.

49. COSMEDIQUE's activities are likely to cause and actually are causing mistake and deception among members of the trade and the general consuming public as to the quality and

nature of COSMEDIQUE's Products because of their misappropriation of LIFECELL's intangible trade values on LIFECELLS' Box and Tube (compare **Exhibits 3 and 4** to **Exhibits 9 and 13**).

50. LIFECELL has been damaged by these acts of false advertising, false pretenses and misappropriation of LIFECELL's intangible trade values.

51. LIFECELL has no adequate remedy at law and is suffering irreparable injury as a result of COSMEDIQUE's actions.

## JURY DEMAND

LIFECELL requests a jury for this law suit.

## PRAYER FOR RELIEF

WHEREFORE, LIFECELL demands judgment on all Counts of this Complaint and an award of equitable relief and monetary relief, jointly and severally, against COSMEDIQUE as follows:

a. Entry of permanent injunctions pursuant to Federal Rule Civil Procedure 65 enjoining Defendants, their agents, representatives, servants, employees, and all those acting in concert or participation therewith, from manufacturing or causing to be manufactured, importing, advertising or promoting, distributing, selling or offering to sell the accused COSMEDIQUE skin cream; from infringing the LIFECELL Copyrights; from misappropriating LIFECELL's intangible trade values on LIFECELLS' Product Box and Product Tube; from using the PETA Cruelty Free Marks, in connection with the sale of any unauthorized goods; from using any logo, trade name or trademark or trade dress which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with PETA;

18

  b. Permanently enjoining COSMEDIQUE from using the Copyrights-in-Suit, as well as from making derivative works based upon it;

  c. Permanently enjoining COSMEDIQUE from using the Copyrights-in-Suit in their advertising, marketing and promotion, including but not limited to its website, product packaging including boxes and product tubes, social media advertising, trade show marketing, print advertising and related promotional activities;

  c. An award of monetary damages against Defendants, including those available under 17 U.S.C. 504 and 15 U.S.C. 1117;

  e. Enhanced damages as provided by Title 17 and 15 U.S.C. 1117;

  f. An award of punitive or exemplary damages;

  g. Destruction of all products, promotional items and marketing bearing the Copyrights-in-Suit;

  h. Destruction of all products, promotional items and marketing bearing the false advertisements;

  i. An award of costs and reasonable attorneys' fees; and

  j. Such other and further relief as this Court deems just and proper.

Dated: April 16, 2019   /s/ *Darren Spielman*

        Robert Kain (FL Bar 266760)
        rkain@complexip.com
        Darren Spielman (FL Bar No. 10868)
        DSpielman@ComplexIP.com
        Nicole Valdivieso (FL Bar 182346)
        nvaldivieso@complexip.com
        Kain Spielman, P.A.
        900 SE 3rd Ave. Suite, 205

Ft. Lauderdale, FL 33316
Tel: 954-768-9002
Fax: 954-768-0158
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

      By: /s/ *Darren Spielman*
          Darren Spielman