UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-60978-RAR

LIFECELL IP HOLDINGS, LLC,
and SOUTH BEACH SKIN CARE, INC.,

      Plaintiffs,

v.

COSMEDIQUE, LLC, GLOBAL MEDIA GROUP, LLC,
VYACHESLAV BORODIN, and JOHN DOES 1–5,

      Defendants.
_____/

## AMENDED FINAL JUDGMENT

On October 14, 2021, following a jury trial, the jury returned a verdict in favor of Plaintiffs, Lifecell IP Holdings, LLC and South Beach Skin Care, Inc., on their claim for copyright infringement, awarding them $2,300,000.00 in damages.  *See* Verdict [ECF No. 321].  Accordingly, pursuant to Fed. R. Civ. P. 58, it is

**ORDERED AND ADJUDGED** that judgment on the merits is entered in favor of Plaintiffs, Lifecell IP Holdings, LLC and South Beach Skin Care, Inc., and against Defendants, Cosmedique, LLC, Vyacheslav Borodin, and Global Media Group LLC, in the amount of $2,300,000.00.[1]  The Court retains jurisdiction to decide timely-filed post-judgment motions, including a motion for attorney's fees and costs, statutory interest, and claims related to injunctive relief as ordered by the

---

[1] The original Final Judgment in this matter did not include Global Media Group LLC. Since the filing of that Final Judgment, both parties have agreed in communications with the Court that because the jury found Global Media Group LLC contributorily liable for the infringing acts of Cosmedique LLC, *see* [ECF No. 321], the Final Judgement should include Global Media Group as a jointly and severally liable defendant. *See Roof & Rack Products, Inc. v. GYB Inv'rs, LLC*, 13-80575-CV, 2014 WL 3183278, at *6 (S.D. Fla. July 8, 2014) ("The doctrine of contributory infringement follows from the doctrine of joint-tortfeasors."); *BUC International Corp. v. International Yacht Council Ltd*., 517 F.3d 1271, 1278 (11th Cir. 2008) ("[C]opyright infringement is in the nature of a tort, for which all who participate in the infringement are jointly and severally liable . . . .")

Court.  *See* [ECF No. 322].  The Clerk of Court is directed to **CLOSE** this case. The previous Final

Judgment [ECF No. 324] is **VACATED**.

      **DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of October, 2021.

                                    **RODOLFO A. RUIZ II**
                                    **UNITED STATES DISTRICT JUDGE**